UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------X    07CV01629
                                                                              (AKH)
JORGE INGA,

                                        Plaintiffs,

              -   against –

                                                                     ANSWER

                                        Defendants.

-------------------------------------------------------------------------X


90 CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO, AMBIENT GROUP,
INC., ANN TAYLOR STORES CORPORATION,
BANKERS TRUST COMPANY, BATTERY PARK CITY
AUTHORITY, BELFOR USA GROUP, INC., BLACKMON-
MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT,
BOSTON PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES,
LP, BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., BT PRIVATE CLIENTS CORP., DEUTSCHE
BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY
AMERICAS, DEUTSCHE BANK TRUST CORPORATION,
ENVIROTECH CLEAN AIR, INC., FGP 90 WEST STREET INC., GPS
ENVIRONMENTAL CONSULTANTS INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO.,
KIBEL COMPANIES, MERRILL LYNCH & CO. INC.,NOMURA
 HOLDING AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., ONE LIBERTY PLAZA, STRUCTURE
TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES,
INC., THE BANK OF NEW YORK TRUST COMPANY NA,
TISHMAN INTERIORS CORPORATION, TOSCORP INC.,
VERIZON COMMUNICATIONS, INC., VERIZON NEW YORK
INC., VERIZON PROPERTIES, INC., WESTON SOLUTIONS,
INC., WFP TOWER B CO. G.P. CORP., WFP TOWER B
HOLDING CO., LP, WFP TOWER B. CO., L.P., WFP TOWER D

CO. G.P. CORP., TOWER D HOLDING CO. I L.P.,
WFP TOWER D HOLDING CO. II L.P., WFP TOWER D
HOLDING I G.P. CORP., AND WFP TOWER D CO.,
L.P., ET AL

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       September 14, 2007

Yours, etc.

FRIEDMAN, HARFENIST, LANGER & KRAUT
Attorneys for Defendant –Envirotech
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 775-5800

BY: _____
          Heather L. Smar (4622)