Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
BROWN BROTHERS HARRIMAN & CO., i/s/h/a
BROWN BROTHERS HARRIMAN & CO., INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X  21 MC 102 (AKH)

JORGE INGA,                                             Index No.: 07-CV-1629

                Plaintiff(s),            **NOTICE OF ADOPTION OF ANSWER**
                                                  **TO MASTER COMPLAINT**
    -against-
                                                  **ELECTRONICALLY FILED**
63 WALL STREET INC., *et al.*,

                Defendant(s).
-------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendant, BROWN BROTHERS HARRIMAN & CO., i/s/h/a BROWN BROTHERS HARRIMAN & CO., INC,. by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, the defendant, BROWN BROTHERS HARRIMAN & CO., i/s/h/a BROWN BROTHERS HARRIMAN & CO., INC., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
January 3, 2008

         Yours etc.,

         McGIVNEY & KLUGER, P.C.
         Attorneys for Defendant
         BROWN BROTHERS HARRIMAN & CO., i/s/h/a
         BROWN BROTHERS HARRIMAN & CO., INC.

         By: _____
         Richard E. Leff (RL-2123)
         80 Broad Street, 23rd Floor
         New York, New York 10004
         (212) 509-3456

TO: WORBY GRONER & NAPOLI BERN, LLP
   Plaintiffs Liaison
   In Re Lower Manhattan Disaster Site
   Litigation
   115 Broadway, 12th Floor
   New York, New York 10006
   (212) 267-3700

   All Defense Counsel