UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER          21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

------------------------------------------------------------------x
JORGE INGA

                           Plaintiff,          Index No.: 07 cv 1629

     -against-
                                        **NOTICE OF**
TRINITY REAL ESTATE, et al.,            **APPEARANCE**

                       Defendants.         **ELECTRONICALLY**
------------------------------------------------------------------x   **FILED**

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**The Rector, Church-Wardens, and Vestrymen of Trinity Church, in the city of New-York, ("Trinity Church") i/s/h/a "Trinity Real Estate".**

I certify that I am admitted to practice in this court.


Dated:    New York, New York
          January 23, 2008


                                    LONDON FISCHER LLP
                          By:       _____
                                    Gillian Hines Kost (GK-2880)
                                    59 Maiden Lane
                                    New York, New York 10038
                                    Phone: (212) 972-1000
                                    Fax: (212) 972-1030

                                    *Attorney for Defendants*
                                    **The Rector, Church-Wardens, and Vestrymen of Trinity Church, in the city of New-York, ("Trinity Church") i/s/h/a "Trinity Real Estate".**

K: VGFutterman\WTC-Related\Plaintiff\Aristizabal\Pleadings\Notice of Appearance