UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
: 
IN RE: LOWER MANHATTAN DISASTER SITE : 21 MC 102 (AKH)
LITIGATION :
:
:
------------------------------------------------------------- X
:
JORGE INGA, : 07-CV-01629 (AKH)
:
:
             Plaintiff, :
:
-against- :
:
90 CHURCH STREET LIMITED PARTNERSHIP :
C/O CT CORPORATION SYSTEM, ALAN : **FGP 90 WEST STREET,**
KASMAN D/B/A KASCO, AMBIENT GROUP, : **INC.'S NOTICE OF**
INC., ANN TAYLOR STORES CORPORATION, : **ADOPTION OF ANSWER TO**
BATTERY PARK CITY AUTHORITY, : **MASTER COMPLAINT**
BLACKMON-MOORING-STEAMATIC :
CATASTROPHE, INC., BOSTON PROPERTIES, :
INC., BROOKFIELD FINANCIAL PROPERTIES, :
INC. C/O UNITED CORPORATE SERVICES, :
INC., BROOKFIELD FINANCIAL PROPERTIES, :
LP, BROOKFIELD PARTNERS, LP C/O CT :
CORPORATION SYSTEM, BROOKFIELD :
PROPERTIES CORPORATION, BROOKFIELD :
PROPERTIES HOLDINGS INC., C/O UNITED :
CORPORATE SERVICES, INC., ENVIROTECH :
CLEAN AIR, INC., FGP 90 WEST STREET, INC., :
GPS ENVIRONMENTAL CONSULTANTS, INC., :
HILLMAN ENVIRONMENTAL GROUP, LLC, :
INDOOR ENVIRONMENTAL TECHNOLOGY :
INC., KASCO RESTORATION SERVICES CO., :
KIBEL COMPANIES, MERRILL LYNCH & CO. :
INC, NOMURA HOLDING AMERICA, INC., :
NOMURA SECURITIES INTERNATIONAL INC., :
STRUCTURE TONE (UK), Inc., STRUCTURE :
TONE GLOBAL SERVICES, INC., TOSCORP :
INC., WESTON SOLUTIONS, INC., WFP TOWER :
B CO. G.P. CORP., WFP TOWER B HOLDING :
CO., LP, WFP B. CO., L.P., TULLY :
CONSTRUCTION CO. INC, :

NEWY1\8158266.1

```
DB PRIVATE CLIENTS CORPORATION, BT        :
PRIVATE CLIENTS CORP., DEUTSCHE BANK      :
TRUST CORPORATION, BANKERS TRUST          :
CORPORATION, DEUTSCHE BANK TRUST          :
COMPANY AMERICAS, DEUTSCHE BANK           :
TRUST COMPANY, TISHMAN INTERIORS          :
CORPORATION, 90 CHURCH STREET LIMITED     :
PARTNERSHIP,                              :
                                          :
              Defendants.                 :
                                          :
                                          :
                                          :
                                          :
                                          :
------------------------------------------ X
```

PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys, DLA Piper US LLP, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3, 2007, which was filed in the matter *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). To the extent that FGP 90 West Street, Inc.'s Answer to the Master Complaint does not comprehensively address any of the allegations set forth in the Check-Off Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or information sufficient to form a belief as to the truth of such allegations.

WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

NEWY1\8158266.1

Dated: New York, New York.
February 6, 2008

By:    s/ Keara M. Gordon
Keara M. Gordon (KMG 2323)
Michael D. Hynes (MH 5086)
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Phone: (212) 335-4500
Facsimile: (212) 335-4501

Robert J. Mathias (*pro hac vice application pending)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
Phone: (410) 580-3000
Fax: (410) 580-3001

*Attorneys for Defendant
FGP 90 West Street, Inc.*