UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x

JORGE INGA,

                              Plaintiffs,

- against

63 WALL STREET INC, 63 WALL, INC., 90
CHURCH STREET LIMITED PARTNERSHIP,
AIG REALTY, INC., ALAN KASMAN DBA
KASCO, AMBIENT GROUP, INC., AMERICAN
INTERNATIONAL GROUP, INC., AMERICAN
INTERNATIONAL REALTY CORP., ANN
TAYLOR STORES CORPORATION, BANKERS
TRUST COMPANY, BANKERS TRUST CORP.,
BANKERS TRUST NEW YORK
CORPORATION, BATTERY PARK CITY
AUTHORITY, BELFOR USA GROUP, INC.,
BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BOSTON
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS,
LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., BROWN BROTHERS
HARRIMAN & CO., INC., BT PRIVATE
CLIENTS CORP., CHASE MANHATTAN
BANK, DEUTSCHE BANK TRUST COMPANY,
DEUTSCHE BANK TRUST COMPANY
AMERICAS, DEUTSCHE BANK TRUST
CORPORATION, ENVIROTECH CLEAN AIR,
INC., FGP 90 WEST STREET INC., GPS
ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., JACK RESNICK & SONS INC, JONES
LANG LASALLE AMERICAS, INC., JONES

07CV1629

ANSWER TO
AMENDED
COMPLAINT

LANG LASALLE SERVICES, INC., KASCO
RESTORATION SERVICES CO., KIBEL
COMPANIES, MERRILL LYNCH & CO, INC.,
NEW YORK CITY INDUSTRIAL
DEVELOPMENT AGENCY, NOMURA
HOLDING AMERICA, INC., NOMUBA
SECURITIES INTERNATIONAL, INC.,
RESNICK 75 PARK PLACE LLC, STRUCTURE
TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., THE BANK OF
NEW YORK TRUST COMPANY NA, TISHMAN
INTERIORS CORPORATION, TISHMAN
SPEYER PROPERTIES, TOSCORP INC.,
TRINITY REAL ESTATE, TULLY
CONSTRUCTION CO., INC., TULLY
INDUSTRIES, INC, V CUCINIELLO, VERIZON
NEW YORK, INC, WESTON SOLUTIONS, INC.,
WFP TOWER B CO. G.P. CORP., WFP TOWER
B HOLDING CO., LP, WFP TOWER B. CO., L.P.,
WFP TOWER D CO. G.P. CORP., WFP TOWER
D HOLDING CO. I L.P., WFP TOWERD
HOLDING CO. II L.P., WFP TOWER D
HOLDING I G.P. CORP., AND WFP TOWER D.
CO., L.P., ET AL

                              Defendants.
------------------------------------------------------------------x

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
April 1, 2008

                      Yours, etc.

                      FRIEDMAN, HARFENIST, LANGER & KRAUT
                      Attorneys for Defendant –Envirotech
                      3000 Marcus Avenue, Suite 2E1
                      Lake Success, New York 11042
                      (516) 775-5800

BY: _____
                      Heather L. Smar (4622)